Richard C. Mazer, appellee, v. Consumers Company and Clarence Anderson, appellants. Gen. No. 39,653.

Opinion filed March 16, 1938.
Jones, Key & Chapman, for appellants. Ryan, Sinnott & Miller, for appellee.
Mr. Justice Hall delivered the opinion of the court.

General Insurance Agency, Inc., appellant, v. Ajax Motor Service, Inc., appellee. Gen. No. 39,683.

Opinion filed March 16, 1938.
William J. Popper, for appellant. Marcus J. Golden, for appellee.
Mr. Justice Hall delivered the opinion of the court.

L. L. Mosher, Jr. et al., appellants, v. Chicago Title and Trust Company and George A. Lee, appellees. Gen. No. 39,699.

Opinion filed March 16, 1938.
Louis E. Levinson and Clarence W. Shaver, for appellants. George Gillette, Edmund J. Reynolds, M. G. Kaufman and James J. Kilgallon, for appellees.
Mr. Justice Hall delivered the opinion of the court.